1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org

6 Attorneys for Mr. Suarez-Alvarez

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,           )   Case No. 08mj8507
                                      )
12            Plaintiff,               )
                                      )
13 v.                                  )
                                      )   **NOTICE OF APPEARANCE**
14 **ROBERTO A. SUAREZ-ALVAREZ,**      )
                                      )
15            Defendant.               )
                                      )

   Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

                                          Respectfully submitted,

Dated: June 10, 2008                       s/ *Michelle Betancourt*
                                          **MICHELLE BETANCOURT**
                                          Federal Defenders of San Diego, Inc.
                                          Attorneys for Defendant
                                          michelle_betancourt@fd.org

1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile: (619) 687-2666
   michelle_betancourt@fd.org
5

6  Attorneys for Mr. Suarez-Alavez

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   Case No. 08mj8507
                                    )
12          Plaintiff,               )
                                    )
13 v.                                )   PROOF OF SERVICE
                                    )
14 **ROBERTO A. SUAREZ-ALVAREZ**,   )
                                    )
15          Defendant.               )
                                    )
16

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

18 best of her information and belief, and that a copy of the foregoing document has been served via

19 CM/ECF this day upon:

20        Assistant United States Attorney
          efile.dkt.gc1@usdoj.gov
21

22 Dated: June 10, 2008                        *s/ Michelle Betancourt*
                                               MICHELLE BETANCOURT
23                                             Federal Defenders of San Diego, Inc.,
                                               225 Broadway, Suite 900
24                                             San Diego, CA 92101-5030
                                               (619) 234-8467 (tel)
25                                             (619) 687-2666 (fax)
                                               e-mail: michelle_betancourt@fd.org
26

27

28