1 | Michael J. McCabe
  | CSB No. 54078
2 | 2442 Fourth Avenue
  | San Diego, CA 92101
3 | (619) 231-1181
4 |
  | **Attorneys for Defendant**
5 | **ROBERTO ALEJANDRO SUAREZ-ALVAREZ**



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08mj08507-PCL-2 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **SUBSTITUTION OF ATTORNEYS** |
| ROBERTO ALEJANDRO SUAREZ-ALVAREZ, | ) | |
| Defendant. | ) | |

The defendant, ROBERTO ALEJANDRO SUAREZ-ALVAREZ, hereby substitutes Michael J. McCabe as his attorney in the above-entitled case in the place of Michelle Betancourt, Federal Defenders of San Diego, Inc..

Dated: June 12, 2008

ROBERTO ALEJANDRO SUAREZ-ALVAREZ
Defendant

I agree to the foregoing substitution.

Dated: June 16, 2008

MICHELLE BETANCOURT
Federal Defenders of San Diego, Inc.

I accept the substitution.

Dated: June 12, 2008

MICHAEL J. McCABE

## ORDER

I hereby approve the above substitution of attorneys.

Dated: __6-19-08__, 2008

_____
U.S. Magistrate-Judge